CHRISTINE. OTT, as Administratrix, etc., Respondent, *v.* THE
CITY OF BUFFALO, Appellant.

(Argued.January 28, 1892; decided February 12, 1892.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made· June 17, 1891, which affirmed a judgment in favor of
plaintiff· entered upon a verdict, and affirmed an order deny-
ing a motion for a new trial.

*W. F. Mackey* for appellant.

*C. S. Crosser* for respondent.

Agree to affirm; no opinion.
All concur, except MAYNARD, J., taking no part.
Judgment affirmed.